# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-01352-APM<br><br>Judge Amit P. Mehta |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.6 of the Local Rules of the United States District Court for the District of Columbia, Sarah E. Decker respectfully provides notice of her withdrawal as counsel for Plaintiff Student Doe in the above-captioned case. Her withdrawal will cause no delay or prejudice, as Plaintiff will continue to be represented by Sarnata Reynolds, who has entered an appearance in the above-captioned case.

//

DATED: June 18, 2025
Washington, DC

Respectfully submitted,

/s/ Sarah E. Decker
Sarah E. Decker (DDC Bar No. NY0566)
Staff Attorney
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
T: (646) 289-5593
E: decker@rfkhumanrights.org

*Withdrawing Attorney for Plaintiff*