# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT DOE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary of the )<br>Department of Homeland Security; and )<br>)<br>TODD LYONS, Acting Director of )<br>Immigration and Customs Enforcement, )<br>)<br>    Defendants. )<br>) | Civil Action No. 25-1352 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action, with each party to bear its own fees and costs.

Dated: June 30, 2025                                    Respectfully submitted,

                                                                      JEANINE FERRIS PIRRO
                                                                      United States Attorney

By: ___/s/ Sarnata Reynolds___                       ___/s/ Peter C. Pfaffenroth___
      SARNATA REYNOLDS                              PETER C. PFAFFENROTH
      CA Bar No. 203444                                    D.C. Bar No. 496632
      Ceartas Solutions                                         Assistant United States Attorney
      6930 Carroll Ave., Ste. 500                       601 D Street, NW
      Takoma Park, MD 20912                           Washington, DC 20530
      (415) 260-7394                                             (202) 252-2513

   *Attorney for Plaintiff*                                       *Attorneys for the United States of America*